FILED:  June 15, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-181 (L)
(8:19-md-02879-PWG)

_____

In re: MARRIOTT INTERNATIONAL, INC., CUSTOMER DATA SECURITY
BREACH LITIGATION

------------------------------

ACCENTURE LLP

        Petitioner

v.

PETER MALDINI; ROGER CULLEN; ERIC FISHON; PAULA O'BRIEN;
ROBERT GUZIKOWSKI; DENITRICE MARKS; MARIA MAISTO; IRMA
LAWRENCE; MICHAELA BITTNER; KATHLEEN FRAKES HEVENER;
ANNEMARIE AMARENA; BRENT LONG; DAVID VIGGIANO, all
proceeding individually and on behalf of all others similarly situated

        Respondents

------------------------------

THE CHAMBER OF COMMERCE OF THE UNITED STATES; NATIONAL
RETAIL FEDERATION

        Amici Supporting Petitioner

———————————

No. 22-184
(8:19-md-02879-PWG)

———————————

In re: MARRIOTT INTERNATIONAL, INC., CUSTOMER DATA SECURITY
BREACH LITIGATION

------------------------------

MARRIOTT INTERNATIONAL, INC.

   Petitioner

v.

PETER MALDINI; ROGER CULLEN; ERIC FISHON; PAULA O'BRIEN;
ROBERT GUZIKOWSKI; DENITRICE MARKS; MARIA MAISTO; IRMA
LAWRENCE; MICHAELA BITTNER; KATHLEEN FRAKES HEVENER;
ANNEMARIE AMARENA; BRENT LONG; DAVID VIGGIANO, all
proceeding individually and on behalf of all others similarly situated

   Respondents

------------------------------

THE CHAMBER OF COMMERCE OF THE UNITED
STATES OF AMERICIA; NATIONAL RETAIL FEDERATION

   Amici Supporting Petitioner

———————————

O R D E R

———————————

The court consolidates Case No. 22-181 and Case No. 22-184. Entry of

appearance forms and disclosure statements filed by counsel and parties to the lead

case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk