FILED: July 14, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-181 (L)
(8:19-md-02879-PWG)

_____

In re: MARRIOTT INTERNATIONAL, INC., CUSTOMER DATA SECURITY BREACH LITIGATION

-------------------------------

ACCENTURE LLP

      Petitioner

v.

PETER MALDINI; ROGER CULLEN; ERIC FISHON; PAULA O'BRIEN; ROBERT GUZIKOWSKI; DENITRICE MARKS; MARIA MAISTO; IRMA LAWRENCE; MICHAELA BITTNER; KATHLEEN FRAKES HEVENER; ANNEMARIE AMARENA; BRENT LONG; DAVID VIGGIANO, all proceeding individually and on behalf of all others similarly situated

      Respondents

-------------------------------

THE CHAMBER OF COMMERCE OF THE UNITED STATES; NATIONAL RETAIL FEDERATION

      Amici Supporting Petitioner

_____

No. 22-184

(8:19-md-02879-PWG)

_____

In re: MARRIOTT INTERNATIONAL, INC., CUSTOMER DATA SECURITY BREACH LITIGATION

-----------------------------

MARRIOTT INTERNATIONAL, INC.

      Petitioner

v.

PETER MALDINI; ROGER CULLEN; ERIC FISHON; PAULA O'BRIEN; ROBERT GUZIKOWSKI; DENITRICE MARKS; MARIA MAISTO; IRMA LAWRENCE; MICHAELA BITTNER; KATHLEEN FRAKES HEVENER; ANNEMARIE AMARENA; BRENT LONG; DAVID VIGGIANO, all proceeding individually and on behalf of all others similarly situated

      Respondents

-----------------------------

THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICIA; NATIONAL RETAIL FEDERATION

      Amici Supporting Petitioner

_____

O R D E R

_____

Upon consideration of submissions relative to the petitions for permission to

appeal, the court grants the petitions. These cases are transferred to the regular docket and assigned docket numbers 22-1744 and 22-1745. The record shall be retained in the court below unless requested by this court.

    A copy of this order shall be sent to the clerk of the district court.

                              For the Court

                              <u>/s/ Patricia S. Connor, Clerk</u>